Can Capital
1850 Parkway Place
Suite 1150
Marietta, GA 30067

Faire Wholesale Inc
100 Potrero Ave
San Francisco, CA
94103

SBA C/O U.S. Attorney
501 E Court St.
Ste 4
Jackson, MS 39201-5022

Sba Eidl Disaster Loan
Servicing Center
2 North 20th St
Suite 320
Birmingham , AL 35203

Square Financial
Services Inc
3165 East Milrock
Drive
Suite 160
Salt Lake City, UT
84121

U.S. Small Business
Administration
Office of General
Counsel
312 North Spring
Street, 5th Floor
Los Angeles, CA 90012

United States Bankruptcy Court
Southern District of Mississippi

In re: Cotton & Tumbleweeds Llc

Case No. 23-01471

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/13/2023

/s/ Summer Starnes
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor